**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2042**

---

DAVID E. TAYLOR,

Plaintiff - Appellant,

versus

FRESH FIELDS MARKETS, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. James H. Michael, Jr., Senior District Judge. (CA-94-55-C)

---

Submitted: May 1, 1997

Decided: May 7, 1997

---

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

David E. Taylor, Appellant Pro Se. Thomas Patrick Murphy, Michael Frank Marino, Eric Anthony Welter, REED, SMITH, SHAW & MCCLAY, McLean, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order adopting the magistrate judge's recommendation and dismissing his employment discrimination action for failure to conduct discovery and failure to prosecute. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no abuse of discretion and no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Taylor v. Fresh Fields Markets, Inc.</u>, No. CA-94-55-C (W.D. Va. June 27, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>